UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL GAVIN,<br><br>           Plaintiff,<br><br>    v.<br><br>EPLUS TECHNOLOGY, INC.,<br><br>           Defendant. | Case No. 19-cv-07701-SVK<br><br>**ORDER GRANTING MOTION TO APPEAR BY PHONE**<br><br>Re: Dkt. No. 12 |

Plaintiff's motion to appear by telephone at the February 24, 2020 case management conference is **GRANTED**. Counsel is instructed to contact Court Call at (866) 582-6878 to make arrangements to appear telephonically.

**SO ORDERED.**

Dated: February 20, 2020

_____
SUSAN VAN KEULEN
United States Magistrate Judge