1

MORGAN, LEWIS & BOCKIUS LLP
Melinda S. Riechert, Bar No. 65504

2

Miranda M. Rowley, Bar No. 328173
1400 Page Mill Road

3

Palo Alto, CA 94304
Tel: +1.650.843.4000

4

Fax: +1.650.843.4001
melinda.riechert@morganlewis.com

5

miranda.rowley@morganlewis.com

6

Attorneys for Defendant
ePlus Technology, inc.

7

incorrectly sued as EPLUS, INC.

8

Neama Rahmani (State Bar No. 223819)
Ronald L. Zambrano (State Bar No. 255613)

9

  *ron@westcoasttriallawyers.com*

10

WEST COAST EMPLOYMENT LAWYERS, APLC
350 South Grand Avenue, Suite 3325

11

Los Angeles, California 90071
Telephone: (213) 927-3700

12

Facsimile: (213) 927-3701
efilings@westcoasttriallawyers.com

13

14

Attorneys for Plaintiff
PAUL GAVIN

15

16

UNITED STATES DISTRICT COURT

17

NORTHERN DISTRICT OF CALIFORNIA

18

19

PAUL GAVIN,

20

                    Plaintiff,

21

          vs.

22

EPLUS, INC., a Virginia Corporation, and
DOES 1 through 250, inclusive,

23

24

                    Defendants.

25

26

27

28

Case No. 5:19-cv-07701-SVK

**JOINT STIPULATION
CONTINUING TRIAL AND
RELATED DEADLINES;** ~~**[PROPOSED]**~~ **ORDER
AS MODIFIED BY THE COURT**

Courtroom:    6, 4th Floor
Mag. Judge:    Hon. Susan van Keulen

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SILICON VALLEY

Plaintiff Paul Gavin ("Plaintiff"), and Defendant ePlus Technology, inc. ("Defendant") (together the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiff filed the Complaint in this action on October 2, 2019;

WHEREAS, on February 25, 2020, the Court issued a scheduling order in this action, setting the following dates in this case:

1. Expert Witness List due: May 29, 2020

2. Rebuttal Expert Disclosures due: June 19, 2020

3. Case Management Statement due: June 23, 2020

4. Further Case Management Conference: June 30, 2020 10:00 a.m.

5. Close of Expert Discovery: July 31, 2020

6. Close of Fact Discovery: July 31, 2020

7. Dispositive Motion filing deadline: August 18, 2020

8. Motion Hearing: September 22, 2020 10:00 a.m.

9. Final Pretrial Conference: November 5, 2020 at 9:30 a.m.

10. Jury Trial: November 16, 2020 at 9:00 a.m.

WHEREAS, on May 26, 2020 the Parties agreed that in light of the COVID-19 pandemic that the trial, and all related dates should be continued for three months.

**THEREFORE, IT IS HEREBY STIPULATED THAT**:

1. Expert Witness List due is due by July 29, 2020;

2. Rebuttal Expert Disclosures are due by September 18, 2020;

3. Close of Expert and Fact Discovery will be on October 30, 2020;

4. **Mediation deadline is October 31, 2020;**

5. **Case Management Statement is due November 3, 2020;**

6. **Further Case Management Conference will take place on November 10, 2020 at 9:30 a.m.;**

7. Dispositive Motions must be filed by November 18, 2020;

8. Motion Hearing will take place on **January 12, 2021 at 10:00 a.m.**;

9. Final Pretrial Conference will take place **February 25, 2021 at 9:30 a.m.**; and

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SILICON VALLEY

2                                     Case No. 5:19-cv-07701-SVK

DB2/ 39032044.2      JOINT STIPULATION CONTINUING TRIAL AND RELATED DEADLINES; [PROPOSED] ORDER **AS MODIFIED**

1          9.     Jury Trial will commence on **March 15, 2021 at 9:00 a.m.**

2          **IT IS SO STIPULATED**.

3

Dated: May 27, 2020                    MORGAN, LEWIS & BOCKIUS LLP

4

5

By  /s/ Melina S. Riechert
6                          Melinda S. Riechert
7                          Miranda M. Rowley
                            Attorneys for Defendant
8                          ePlus Technology, inc.

9    Dated: May 27, 2020           WEST COAST EMPLOYMENT
10                           LAWYERS, APLC

11

12                     By  /s/ Ronald L. Zambrano
13                         Ronald L. Zambrano, Esq.
                            Attorney for Plaintiff
                            PAUL GAVIN

14

15

16                       **[~~PROPOSED~~] ORDER**

17          **IT IS SO ORDERED.**

18

19    Dated:  June 1, 2020

20                         HON. SUSAN VAN KEULEN

21

22

23

24

25

26

27

28

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SILICON VALLEY

DB2/ 39032044.2

3                   Case No. 5:19-cv-07701-SVK

JOINT STIPULATION CONTINUING TRIAL AND RELATED DEADLINES; [~~PROPOSED~~] ORDER **AS MODIFIED**